IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHEAL PARKER**                                                                              **PLAINTIFF**

v.                                   Case No. 4:22-cv-01096-LPR

**EDWARDS, Captain,**
**White County Detention Center, et al.**                                              **DEFENDANTS**

## ORDER

On November 14, 2022, Micheal Parker ("Plaintiff"), an inmate in the White County Detention Center ("WCDC"), filed a pro se Complaint pursuant to 42 U.S.C. § 1983.[1] On December 23, 2022, mail sent to Plaintiff at his address of record, the WCDC, was returned undelivered.[2] On December 28, 2022, the Court entered an Order directing Plaintiff to file a notice of his current mailing address, within thirty (30) days, if he wished to proceed with this lawsuit.[3] The Court warned Plaintiff that failure to comply with the Order would result in the dismissal of his Complaint.[4] Plaintiff has not complied with or otherwise responded to the December 28, 2022 Order, and the time for doing so has passed.[5]

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.[6] The Court certifies

---

[1] Compl. (Doc. 1).

[2] Returned Mail (Doc. 3).

[3] Order (Doc. 4).

[4] *Id.*

[5] Recent mail sent by the Court to Plaintiff was also returned undelivered. *See* Returned Mail (Doc. 5); Returned Mail (Doc. 6). Under Local Rule 5.5(c)(2), it is Plaintiff's responsibility to promptly notify the Court of an address change. He has not done so.

[6] *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have the power to dismiss *sua sponte* under Rule 41(b)).

pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

    IT IS SO ORDERED this 28th day of February 2023.

                                               _____
                                               LEE P. RUDOFSKY
                                               UNITED STATES DISTRICT JUDGE